**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-1773**

———————————

KEVIN DONNELL MURPHY,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; ROBERT F. KENNEDY, JR.,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:24-cv-01592-JRR)

———————————

Submitted:  November 25, 2025                    Decided:  December 1, 2025

———————————

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kevin Donnell Murphy, Appellant Pro Se. Megan Lynn Micco Mallis, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Donnell Murphy appeals the district court's order granting Defendants' motion for summary judgment in Murphy's civil action, and a subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Murphy's motions to declare his passport denial, 42 U.S.C. § 652(k), C.F.R. § 303.35(b) unconstitutional, for summary disposition and emergency relief, and all other pending motions, and affirm the district court's orders. *Murphy v. U.S. Dep't of Health and Hum. Servs.*, No. 1:24-cv-01592-JRR (filed May 20, 2025 & entered May 21, 2025; July 3, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*